UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                         Criminal No. 11-cr-155-01-JL

<u>Comilus Earl Pope</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 12) filed by defendant is granted; Final Pretrial is rescheduled to April 20, 2012 at 11:30 a.m.; Trial is continued to the two-week period beginning May 1, 2012, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                        _____
                                                        Joseph N. Laplante
                                                       Chief Judge

Date: February 22, 2012

cc: Michael C. Shkla, Esq.
    Terry L. Ollila, AUSA
    U.S. Marshal
    U.S. Probation